BENJAMIN L. WEBSTER, Bar No. 132230
BILLIE J. PIERCE, Bar No. 273414
LITTLER MENDELSON, P.C.
500 Capitol Mall
Suite 2000
Sacramento, CA  95814
Telephone:   916.830.7200
Facsimile:    916.561.0828

Attorneys for Defendants
LUIS M. ANGELO, MARIA D. ANGELO, AND JOE ANGELO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNULFO ARIAS,<br><br>Plaintiff,<br><br>v.<br><br>LUIS M. ANGELO, MARIA D. ANGELO, and JOE ANGELO, individuals; ANTHONY RAIMONDO, an individual; and DOES ONE through TWENTY,<br><br>Defendants. | Case No.  2:13-cv-00904-TLN-EFB<br><br>**ORDER ON STIPULATION TO EXTEND TIME FOR EXCHANGE OF RULE 26(a) DISCLOSURES**<br><br>Hon. Troy L. Nunley |

**ORDER**

Based upon the foregoing stipulation of the parties and good cause appearing,

IT IS ORDERED that the Joint Scheduling Conference Statement submitted by counsel for all parties, and any resulting Order issued pursuant to such Joint Scheduling Conference Statement, shall be amended to read as follows:

a.  All parties will exchange initial disclosures under Rule 26(a) no later than September 20, 2013.

IT IS SO ORDERED.

Dated: September 13, 2013

_____
Troy L. Nunley
United States District Judge

ORDER ON STIPULATION RE RULE 26(A) DISCLOSURES

Case No.  2:13-cv-00904-TLN-EFB