# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNULFO ARIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY RAIMONDO, an individual; and DOES ONE through TWENTY,<br><br>　　　　Defendants. | Case No.: 2:13-cv-00904-TLN EFB<br><br>**ORDER ON PLAINTIFF'S EX PARTE APPLICATION TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION TO DISMISS AND SPECIAL MOTION TO STRIKE** |

The Court has considered Plaintiff's ex parte application for an order continuing Defendant's Motion to Dismiss and Anti-SLAPP Motion (ECF No. 38) and finds that the request is supported by good cause. Accordingly, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss and Anti-SLAPP Motion be continued to September 25, 2014, and that all briefing dates be calendared according to the new hearing date.

Dated: August 5, 2014

Troy L. Nunley
United States District Judge

-1-