Christopher Ho, SBC No. 129845
Stacy Villalobos, SBC No. 306710
The LEGAL AID SOCIETY --
    EMPLOYMENT LAW CENTER
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096

Blanca A. Bañuelos, SBC No. 231585
Esmeralda Zendejas, SBC No. 258809
CALIFORNIA RURAL LEGAL
    ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, CA 95202
Telephone: (209) 946-0609
Facsimile: (209) 946-5730

Michael L. Meuter, SBC No. 161554
CALIFORNIA RURAL LEGAL
    ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Telephone: (831) 757-5221
Facsimile: (831) 757-6212

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNULFO ARIAS,<br><br>                  Plaintiff,<br><br>          v.<br><br>ANTHONY RAIMONDO and DOES ONE<br>through TWENTY,<br><br>                  Defendants. | Case No.: 2:13-CV-00904-TLN-EFB<br><br>**STIPULATION AND ORDER FOR STAY OF ENFORCEMENT PENDING APPEAL – NO BOND REQUIRED (Fed. R. Civ. P. 62(d))** |

## STIPULATION

The Parties to this action, by the signatures of their counsel to this document, stipulate as follows:

1.      The Parties agree that they will not appeal the order of costs entered by this Court on February 8, 2016, awarding Defendant Anthony Raimondo costs in the amount of $1,498.04.

2.      The Parties shall not seek to enforce the order of costs entered by this Court on February 8, 2016, pending the resolution of the Plaintiff's appeal to the United States Court of Appeals for the Ninth Circuit of this Court's order dismissing the First Amended Complaint.

3.      Plaintiff José Arnulfo Arias agrees that he will pay the cost award of February 8, 2016, if this Court's dismissal of the First Amended Complaint is affirmed by the Court of Appeals.

4.      Defendant Raimondo agrees that if this Court's dismissal of the Complaint is reversed, Plaintiff Arias will have no obligation to pay the costs assessed in the February 8, 2016 order.

5.      No bond or undertaking will be required to effect the within stipulation.


Dated:  February 23, 2016                    Blanca A. Bañuelos
                                             Esmeralda Zendejas
                                             Michael L. Meuter
                                             CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

                                             Christopher Ho
                                             Stacy Villalobos
                                             THE LEGAL AID SOCIETY
                                              – EMPLOYMENT LAW CENTER


                                               /s/ Blanca A. Bañuelos
                                             BLANCA A. BAÑUELOS
                                             Attorneys for Plaintiff/Appellant Jose Arnulfo Arias

Dated:   February 23, 2016                   Michael L. Farley
                                             FARLEY LAW FIRM


                                               /s/ Michael L. Farley
                                             MICHAEL L. FARLEY
                                             Attorneys for Defendant/Appellee Anthony Raimondo

**ORDER**

The Court has reviewed the stipulation of the parties concerning the stay of execution and enforcement, without bond, of the order assessing costs that was entered by this Court on February 8, 2016, pending the resolution of the appeal that has been taken to the United States Court of Appeals for the Ninth Circuit from the Court's dismissal of the First Amended Complaint.

Good cause appearing,

IT IS ORDERED that the stipulation of the parties as set forth in this document is the Order of this Court on the question of a stay of execution or enforcement of the judgment within the meaning of Rule 62 of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Dated: February 29, 2016

Troy L. Nunley
United States District Judge