Christopher Ho, SBC No. 129845
Marisa Díaz, SBC No. 293072
LEGAL AID AT WORK
180 Montgomery Street, Suite 600
San Francisco, California 94104-4244
Telephone:  (415) 864-8848
Facsimile:  (415) 593-0096

Blanca A. Bañuelos, SBC No. 231585
Esmeralda Zendejas, SBC No. 258809
CALIFORNIA RURAL LEGAL
  ASSISTANCE, INC.
145 E. Weber Avenue
Stockton, California 95202
Telephone:  (209) 946-0609
Facsimile:  (209) 946-5730

Michael L. Meuter, SBC No. 161554
CALIFORNIA RURAL LEGAL
  ASSISTANCE, INC.
3 Williams Road
Salinas, California 93905
Telephone:  (831) 757-5221
Facsimile:  (831) 757-6212

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ARNULFO ARIAS,<br><br>        Plaintiff,<br><br>   v.<br><br>ANTHONY RAIMONDO, an individual; and DOES ONE THROUGH TWENTY,<br><br>        Defendants. | Case No.: 2:13-CV-00904 TLN EFB<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>[Fed.R.Civ.P. 41(a)(1)(A)(i)] |

Plaintiff dismisses the within action with prejudice.

Dated: January 13, 2019

Respectfully submitted,

Christopher Ho
Marisa Díaz
LEGAL AID AT WORK

Blanca A. Bañuelos
Esmeralda Zendejas
Michael L. Meuter
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: _____
　　　CHRISTOPHER HO

Attorneys for Plaintiff
JOSE ARNULFO ARIAS

NOTICE OF VOLUNTARY DISMISSAL

{00560522.DOCX}